176 So. 924

**Rudolph MADDOX v. STATE.**

**4 Div. 331.**

Court of Appeals of Alabama.

Nov. 9, 1937.

RICE, Judge.

Appeal dismissed.

178 So. 925

**Belton B. MALONE v. STATE.**

**7 Div. 371.**

Court of Appeals of Alabama.

Feb. 1, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

177 So. 922

**Guy MALONE v. STATE.**

**6 Div. 234.**

Court of Appeals of Alabama.

Dec. 7, 1937.

BRICKEN, Presiding Judge.

Affirmed.

177 So. 922

**Henry T. MALONE v. STATE.**

**8 Div. 625.**

Court of Appeals of Alabama.

Jan. 11, 1938.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

185 So. 924

**Wilmer MANTOOTH v. STATE.**

**6 Div. 386.**

Court of Appeals of Alabama.

Dec. 13, 1938.

R. G. Kelton, of Oneonta, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

184 So. 918

**Caesar MARLOWE v. STATE.**

**4 Div. 411.**

Court of Appeals of Alabama.

Nov. 22, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.